IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| BARU TRUMP, | ) | CASE NO.: 0:10-cv-00310-HFF-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **CONSENT ORDER TO MOTION TO** |
| | ) | **BE RELIEVED AS COUNSEL** |
| | ) | |
| DAVID M. PASCOE, Jr., | ) | |
| SOLICITOR OF THE 1st | ) | |
| JUDICIAL CIRCUIT, SOUTH | ) | |
| CAROLINA. | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on motion of Joshua Koger, Jr., Attorney for the Plaintiff and with the consent of the Plaintiff for being relieved as counsel in the above-referenced matter. Attorney for the Plaintiff filed Summons and Complaint on behalf of the Plaintiff on February 8, 2010. This filing was primarily executed to preserve the statute of limitations in this matter and to give both the Attorney for the Plaintiff and Plaintiff an additional period of time to determine whether this was a viable claim and whether the action was going to be served by the Attorney for the Plaintiff within the service of process period. Attorney for the Plaintiff within one (1) week of the filing of the claim determined that it would be extremely difficult to prevail in this matter given the facts of this claim and the doctrine of absolute immunity for solicitors and prosecutors. Additionally, given the existence of the above-referenced situation, Attorney for the Plaintiff was concerned about the possibility of the awarding of attorney fees to the prevailing party in this matter. Subsequently, these things were relayed to the Plaintiff and it was determined by both the Attorney for the Plaintiff and the Plaintiff

*PJG*

that it was in the best interest of the Plaintiff and this litigation for the Attorney for the Plaintiff to be relieved as counsel in this matter.

**THEREFORE IT IS ORDERED THAT** Attorney for the Plaintiff, Joshua Koger, Jr. be relieved as counsel in this matter for the above-delineated reasons.

_Columbia_, S.C.
_June 9_, 2010

The Honorable Henry F. Floyd
United District Court
District of South Carolina

Paige J. Gossett
U.S. MAGISTRATE JUDGE

I MOVE:

Joshua Koger, Jr.
Attorney for the Plaintiff

I CONSENT:

Baru Trump
Plaintiff